```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMEN TAVAREZ-VARGAS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NOMNOMNOW INC,<br><br>Defendant. | 1:21-cv-10805-PGG-SN<br><br>ORDER |

Defendant NOMNOMNOW INC. ("Defendant") shall answer or otherwise respond to Plaintiff's complaint by no later than April 25, 2022.

No further extensions will be granted. **SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: April 12, 2022
       New York, New York