```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CARMEN TAVAREZ-VARGAS,

                              Plaintiff,

           -against-

NOMNOMNOW INC.,

                              Defendant.

-----------------------------------------------------------------X

21-CV-10805 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        On April 26, 2022, the Court ordered the parties to file either a stipulation of dismissal or a letter on the status of settlement negotiations by no later than May 26, 2022. ECF No. 20. As of the issuance of this order, the parties have not submitted any such letter to the Court. By June 6, 2022, the parties shall file either a stipulation of dismissal or a status letter as previously ordered.

**SO ORDERED.**

                                                                 _____
                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:     New York, New York
                June 2, 2022